**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| JEAN C. LITTLE,<br>            Plaintiff,<br><br>vs.<br><br>NEW PRIME, INC.,<br>            Defendant. | CIVIL ACTION FILE<br><br>NO.  4:19-cv-0015-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant 's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 21st day of June, 2021.

                                                                JAMES N. HATTEN
                                                                CLERK OF COURT


                                                    By:  s/ D. Barfield
                                                           Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 21, 2021
James N. Hatten
Clerk of Court

By: s/ D. Barfield
        Deputy Clerk